IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LUCY GARZA,                          )
                                     )
                  Plaintiff,         )        Civil Case No. 05-1814-ST
                                     )
         vs.                         )              ORDER
                                     )
COMMISSIONER OF SOCIAL               )
SECURITY,                            )
                                     )
                  Defendant.         )


        Tim D. Wilborn
        2020-C S.W. 8th Avenue
        PMB #294
        West Linn, Oregon  97068


                Attorney for Plaintiff


        Karin J. Immergut
        United States Attorney
        Neil J. Evans
        Assistant United States Attorney
        1000 S.W. Third Avenue, Suite 600
        Portland, Oregon  97204


Page 1 - ORDER

Michael McGaughran
Joanne Elizabeth Dantonio
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, Washington  98104

      Attorneys for Defendant

KING, Judge:

      The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on January 19, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#21).

      IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for calculation and an award of benefits.

      Dated this _____14th_____ day of February, 2007.

                        ___/s/ Garr M. King_____
                        Garr M. King
                        United States District Judge