WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'07 MAY 16 07:58USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LUCY GARZA**,

  Plaintiff,

vs.

**COMMISSIONER of Social Security**,

  Defendant.

CV # 05-1814-ST

ORDER

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this _15_ day of _May_, 2007.

_____
United States District / Magistrate Judge

Submitted on May 14, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1